UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

| | |
|---|---|
| **DWBH LLC,** a Delaware limited liability company, ) ) ) | |
| Plaintiff, ) ) | COMPLAINT JURY TRIAL DEMANDED |
| v. ) **FATIMA SOUHAIL,** ) an individual, ) ) | |
| Defendant. ) ) | |

**Complaint for Copyright Infringement (17 U.S.C. § 501), Trademark Infringement – False Designation of Origin (15 U.S.C. § 1125(a)), DMCA Misrepresentation (17 U.S.C. § 512(f)), Unfair Competition (FLA. Common Law & Fla. Sta. § 501.201 et seq.) and Injunctive Relief**

## PARTIES

1. Plaintiff, **DWBH LLC** ("Plaintiff") is a Delaware limited liability company with its principal office located at 8 The Green, Suite 11473, Dover, DE 19901, and its business operations, legal counsel, and marketing management based in Coral Gables, Miami-Dade County, Florida. Plaintiff owns and produces the online courtroom series *Judge Porter* and is the exclusive owner of all copyrights in the videos.

2. Plaintiff is the registrant and owner of U.S. Service Mark Reg. No. 7,750,892 for "JUDGE PORTER," covering entertainment services in Class 41, registered on April 8, 2025.

3. Defendant **FATIMA SOUHAIL** is an individual residing at Derb Salam Bloc 7 Bis N56 CD Casablanca, Grande Casablanca 20340 Morocco. Defendant owns and operates the

YouTube channel "PrisonFlix- Courtroom Drama" and, upon information and belief, has reuploaded Plaintiff's copyrighted works without authorization.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) as this action arises under the Copyright Act and Lanham Act.

5. This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367 for Florida unfair competition and FDUPTA claims.

6. Venue is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a) because a substantial part of the infringing conduct occurred in this district.

7. Defendant purposefully directed his infringing conduct into Florida by distributing Plaintiff's copyrighted and trademarked works over YouTube, a platform accessible in Florida, where Plaintiff's content is marketed and monetized. Defendant's acts have cause, and continue to cause, injury to Plaintiff's goodwill, revenues, and business relationships in Florida. Defendant knew or should have known that harm from his infringing conduct would be felt in Florida, where Plaintiff's operations are managed.

## FACTUAL ALLEGATIONS

8. Plaintiff has created original audiovisual works under the title *Judge Porter* and published them on its official YouTube channel, https://www.youtube.com/@Judge-Porter.[1]

9. The works are original and copyrightable subject matter fixed in a tangible medium of expression. Plaintiff owns the exclusive rights under 17 U.S.C. § 106.

---

[1] Plaintiff's *Judge Porter* content has also been subject to similar unauthorized copy, reproduction or distribution by additional tortfeasors including Makhesh Srukannan, for which Plaintiff reserves the right to join into the instant suit in the event a nexus between Defendants' is discovered during the discovery process.

10. Plaintiff has not licensed or otherwise authorized Defendant to copy, reproduce, or distribute *Judge Porter* videos.

11. Defendant knowingly and willfully copied, uploaded, and publicly displayed Plaintiff's copyrighted videos on his YouTube channel "PrisonFlix" located at: https://www.youtube.com/@PrisonFlix. Examples of Defendant's infringement include:

    - Infringing Video URL:
      https://www.youtube.com/watch?v=G1XBvk0FfJ0
      YouTube URL of Plaintiff's original video:
      https://www.youtube.com/watch?v=6sUEmbuKkCQ
    - Infringing Video URL:
      https://www.youtube.com/watch?v=rTTP_fjoPTg
      YouTube URL of Plaintiff's original video:
      https://www.youtube.com/watch?v=iFergMs_b1w
    - Infringing Video URL:
      https://www.youtube.com/watch?v=uiWsRGuHe9E
      YouTube URL of Plaintiff's original video:
      https://www.youtube.com/watch?v=8MkqBpQkJKo
    - Infringing Video URL:
      https://www.youtube.com/watch?v=i0NTuIv-Bng
      YouTube URL of Plaintiff's original video:
      https://www.youtube.com/watch?v=61ROJXMdk7U
    - Infringing Video URL:
      https://www.youtube.com/watch?v=S_rthmuDvBo
      YouTube URL of Plaintiff's original video:
      https://www.youtube.com/watch?v=rO52ByjxLTo

12. After Plaintiff issued DMCA takedowns, Defendant filed counter-notifications (*attached hereto as* **Composite Exhibit A**) under 17 U.S.C. § 512(g) falsely swearing that he "*Posses[s] a valid, legally executed, written license and consent from the copyright holder to use the specific material identified in the takedown notice.*" No such permission exists or has ever existed.

13. Defendant's statements were false, knowingly made, and under penalty of perjury.

14. Defendant's actions cause irreparable harm to Plaintiff's reputation, brand, and revenues, and risk confusing the public into believing Defendant is affiliated with or authorized by Plaintiff in Florida.

## COUNT I – COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

14. Plaintiff re-incorporates ¶¶ 1–13 as if fully set forth herein.

15. Plaintiff owns valid copyrights in the *Judge Porter* audiovisual works.

16. Defendant copied, distributed, and publicly displayed Plaintiff's copyrighted works without authorization.

17. The similarities between Plaintiff's and Defendant's videos show direct copying of protectable expression.

18. Defendant's actions are willful and for commercial advantage.

19. Plaintiff is entitled to statutory damages under 17 U.S.C. § 504(c), attorneys' fees under § 505, and injunctive relief under § 502.

## COUNT II – TRADEMARK INFRINGEMENT / FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))

20. Plaintiff re-incorporates ¶¶ 1–13 as if fully set forth herein.

21. Plaintiff owns the registered "JUDGE PORTER" mark (U.S. Reg. No. 7,750,892) (attached hereto as **Exhibit B**).

22. Defendant used "Judge Porter" in commerce in connection with infringing videos without authorization.

23. Defendant's use is likely to cause confusion as to the affiliation, sponsorship, or origin of the videos.

24. Defendant's unauthorized use constitutes trademark infringement and false designation of origin in violation of § 43(a) of the Lanham Act.

25. Plaintiff is entitled to Defendant's profits, actual damages, treble damages, and injunctive relief under 15 U.S.C. § 1117.

### COUNT III – MISREPRESENTATION UNDER DMCA (17 U.S.C. § 512(f))

26. Plaintiff re-incorporates ¶¶ 1–13 as if fully set forth herein.

27. Defendant submitted counter-notifications under 17 U.S.C. § 512(g) claiming authorization to use Plaintiff's works.

28. Defendant knew these statements were false because Plaintiff never granted permission.

29. Defendant's misrepresentations caused harm by requiring Plaintiff to expend time, attorneys' fees, and resources to protect its rights.

30. Defendant is liable under § 512(f) for damages, including attorneys' fees.

### COUNT IV – UNFAIR COMPETITION (Florida Common law & FDUPTA, Fla. Stat. § 501.201 et seq)

31. Plaintiff re-incorporates ¶¶ 1–13 as if fully set forth herein.

32. Defendant engaged in unlawful and deceptive acts, including copyright infringement, trademark infringement, and false statements under the DMCA.

33. Defendant's conduct was in trade and commerce and caused harm to Plaintiff's business in Florida.

34. Plaintiff has suffered injury, including lost revenue, brand dilution, and legal expenses.

35. Plaintiff is entitled to injunctive relief, damages, restitution, injunctive relief, attorneys' fees and costs under Fla. Stat § 501.2105.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendant as follows: a preliminary and permanent injunction restraining Defendant from copying, distributing, or using Plaintiff's works or mark; An order directing Defendant to remove all infringing content from YouTube and other platforms; Statutory damages up to $150,000 per work infringed under 17 U.S.C. § 504(c); Defendant's profits and treble damages under 15 U.S.C. § 1117; Damages and attorneys' fees under 17 U.S.C. § 512(f); Costs and reasonable attorneys' fees under 17 U.S.C. § 505 and Florida law; such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,
Garcia-Menocal, Irias & Pastori, LLP
368 Minorca Ave
Coral Gables, FL 33134
Tel: 305-400-9652

By: /s/ Tomas A. Pastori
Tomas A. Pastori, Esq.
Florida Bar No. 94487
Attorney for Plaintiff DWBH LLC

**EXHIBIT A**

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have 10 US business days to reply to this counter notification. Your response must include evidence that you've taken legal action against the uploader to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

Evidence should be submitted by replying directly to this email. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=rTTP_fioPTg

Display name of uploader: PrisonFlix - Courtroom Drama

Dear YouTube Copyright Team, I have a good faith belief that the material was removed or disabled as a result of mistake or misidentification. My use of the claimed content is a transformative work of commentary and criticism that is protected by the Fair Use doctrine under United States copyright law (17 U.S.C. § 107). My video's content and purpose squarely align with the four factors of fair use: 1. My video is highly transformative. I have used a small, fragmented clip from the claimant's work and added significant, original creative content. This includes my original voice-over commentary, critical analysis, and explanatory captions. The sole purpose of my video is to create a new, original narrative for entertainment, which is entirely separate from the claimant's video. My content does not serve as a substitute for, or a re-upload of, their original material. 2. The original work is a long-form video, which is fact-based or published, making it suitable for fair use. I have used only the minimal amount necessary to make my point and provide context for my commentary. 3. I only used a brief clip from the claimant's video. This is minimal and incidental to my new, original work. The focus of my video remains my original commentary and storytelling, not the claimant's footage. 4. My video does not compete with the claimant's video, nor does it serve as a market substitute. My work is unlikely to have any negative effect on the claimant's channel performance, revenue, or potential market. In conclusion, my video is a transformative work of original commentary and criticism and is protected by fair use. I own all rights to my original voice-over, script, and editing. I consent to the jurisdiction of the Federal District Court for the district where my address is located and will accept service of process from the claimant. Thank you for your review of this counter notification. Yours sincerely, Fatima Souhail

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

FATIMA SOUHAIL

FATIMA SOUHAIL
Derb Salama Bloc 7 Bis N56 CD
Casablanca, Grande Casablanca 20340
Morocco

▶ YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=i0NTulv-Bng

Display name of uploader: PrisonFlix - Courtroom Drama

Hi Youtube, My use of the claimant's content in my video is protected by fair use under the laws of the United States of America. That's because: 1- I create original entertaining short videos, and I used a small clip from the claimant video in a transformative way, by adding my commentary and captions to create a story that has nothing to do with the claimant's content. 2- I only used a very small clips from the claimant's content in my short. 3- My video doesn't affect the claimant content or channel in any way. My short video is my own original content and I own all the rights to it, I use my own Voice on the video and few clips from other sources, but I add significant changes, which fall under fair use. Thank You. Yours sincerely, Fatima Souhail

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

FATIMA SOUHAIL

FATIMA SOUHAIL
Derb Salama Bloc 7 Bis N58 CD
Casablanca, Grande Casablanca 20340
Morocco

christophermillken5@gmail.com

300241

Help Center · Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

▶ YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. **Your response must include evidence that you've taken legal action against the uploader to keep the content from being reinstated to YouTube.** Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=uiWsRGuHe9E

Display name of uploader: PrisonFlix - Courtroom Drama

Dear YouTube Copyright Team, I have a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. Specifically, the claim is inaccurate because I possess a valid, legally executed, written license and consent from the copyright holder to use the specific material identified in the takedown notice. Evidence of Right to Use: - Written Consent: I have attached a copy of the written consent letter (or license agreement) provided by the claimant, [Insert Claimant's Name], which explicitly grants me the necessary rights to use the copyrighted content within my video. - Scope of License: The attached document confirms that my use of the material falls within the scope and terms of the agreement. Therefore, the claimant's Digital Millennium Copyright Act (DMCA) takedown notice is rendered invalid by their prior consent. I attest that the information contained in this notification is accurate. I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and I will accept service of process from the person who provided the original notification of infringement or an agent of such person. Thank you for reviewing this counter notification and reinstating my video. Yours sincerely, Fatima Souhail

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

FATIMA SOUHAIL

▶ YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days to reply to this counter notification. Your response must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=S_rthmuDvBo

Display name of uploader: PrisonFlix - Courtroom Drama

Dear YouTube Copyright Team, I have a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. Specifically, the claim is inaccurate because I possess a valid, legally executed, written license and consent from the copyright holder to use the specific material identified in the takedown notice. Evidence of Right to Use: - Written Consent I have attached a copy of the written consent letter (or license agreement) provided by the claimant, [Insert Claimant's Name], which explicitly grants me the necessary rights to use the copyrighted content within my video. - Scope of License: The attached document confirms that my use of the material falls within the scope and terms of the agreement. Therefore, the claimant's Digital Millennium Copyright Act (DMCA) takedown notice is rendered invalid by their prior consent. I attest that the information contained in this notification is accurate. I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and I will accept service of process from the person who provided the original notification of infringement or an agent of such person. Thank you for reviewing this counter notification and reinstating my video. Yours sincerely, Fatima Souhail

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

FATIMA SOUHAIL

▶ YouTube

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must** include evidence that you've taken legal action against the uploader to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=G1XBvk0FfJ0

Display name of uploader: PrisonFlix - Courtroom Drama

Dear YouTube Copyright Team, I have a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. Specifically, the claim is inaccurate because I possess a valid, legally executed, written license and consent from the copyright holder to use the specific material identified in the takedown notice. Evidence of Right to Use: - Written Consent: I have attached a copy of the written consent letter (or license agreement) provided by the claimant, [Insert Claimant's Name], which explicitly grants me the necessary rights to use the copyrighted content within my video. - Scope of License: The attached document confirms that my use of the material falls within the scope and terms of the agreement. Therefore, the claimant's Digital Millennium Copyright Act (DMCA) takedown notice is rendered invalid by their prior consent. I attest that the information contained in this notification is accurate. I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and I will accept service of process from the person who provided the original notification of infringement or an agent of such person. Thank you for reviewing this counter notification and reinstating my video. Yours sincerely, Fatima Souhail

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

FATIMA SOUHAIL



# United States of America
## United States Patent and Trademark Office

# Judge Porter

**Reg. No. 7,750,892**
**Registered Apr. 08, 2025**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

DWBH LLC  (Delaware LIMITED LIABILITY COMPANY)
8 The Green
Suite 11473
Dover, DELAWARE 19901

CLASS 41: Entertainment services, namely, an ongoing series featuring courtroom entertainment provided through webcast and digital media; Entertainment services, namely, an ongoing series featuring a judge resolving legal disputes provided through webcast and digital media; Entertainment services, namely, the provision of continuing courtroom entertainment featuring legal disputes delivered by webcast and digital media

FIRST USE 2-19-2024; IN COMMERCE 2-19-2024

The mark consists of the words "JUDGE PORTER" affixed inside two parallel lines wherein the letters "J" and "P" are of greater font size such that they cross or intersect the parallel lines and than the remaining letters lay between the lines.

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 98-539,884, FILED 05-08-2024



Acting Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.